# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** — Short Form |
| v. | CASE NUMBER: 09-mj-07010-CBS |
| CHARLES C. KREMLING, JR. | Mark Hanchey<br>(Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to counts 1 and 2 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 13; C.R.S. § 42-4-1301(1)(b) | Driving While Ability Impaired | On or about January 12, 2009 | 1 |
| 18 U.S.C. § 13; C.R.S. § 42-4-1007(1)(a) | Failed to Drive in Single Lane (Weaving) | On or about January 12, 2009 | 2 |

Defendant is sentenced to 6 months unsupervised probation, with 5 days in jail and pre-sentence credit of 3 days, which is all suspended upon successful completion of probation. Defendant has completed condition of Level 2 Drug and Alcohol Awareness class by completing the ASAP program on Fort Carson. Defendant is to complete 48 hours of community service with 2 hours of the 48 to be completed through MADD. Defendant to pay a total fine of $200 ($100 for each count), which is suspended pending successful completion of probation. Special assessment fee of $20 ($10 for each count), is due by November 9, 2009. Proof of same to be provided to the government.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | Assessment | Fine |
|---|---|---|
| **Total:** $20.00 | $20.00 | $200 (suspended upon completion unsupervised probation) |

October 7, 2009
_____
Date of Imposition of Judgment

_____
Signature of Judicial Officer

Michael J. Watanabe, U.S. Magistrate Judge
Name & Title of Judicial Officer

October 27 2009
Date